```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS       :    CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI)  :    MDL DOCKET NO. 875
                               :
                               :
HECTOR L. SANCHEZ, et al.      :
                               :    Certain cases on the
    v.                         :    02-md-875 Maritime Docket
                               :    (MARDOC), listed in the
VARIOUS DEFENDANTS             :    attached Exhibit A
```

## O R D E R

**AND NOW**, this **9th** day of **July, 2014**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The motions for judgment on the pleadings listed in Exhibit "A," attached, are **GRANTED,** and the claims for punitive damages addressed by those motions are **DISMISSED**; and

2. In all actions that are **not wrongful death or survival actions**, Plaintiffs are **granted leave to file an amended complaint**, if appropriate, by **August 9, 2014**.

**AND IT IS SO ORDERED.**

                        /s/ Eduardo C. Robreno
                        **EDUARDO C. ROBRENO,    J.**

# Exhibit A

| Case Number | District | Caption | Filed by | Doc. No. |
|---|---|---|---|---|
| 11-30077 | OH-N | Adams et al v. A-C Product Liability Trust et al | Atlantic Richfield Co. | 79 |
| 11-30142 | OH-N | Benjamin et al v. A-C Product Liability Trust et al | Sinclair Refining Company | 70 |
| 11-30144 | OH-N | Bermudez et al v. Foster Wheeler Company et al | Sinclair Refining Company | 93 |
| 11-30155 | OH-N | Blackburn v. A-C Product Liability Trust | Richfield Oil Corporation | 95 |
| 11-30259 | OH-N | Fish et al v. A-C Product Liability Trust et al | Continental Steamship Co. Sinclair Refining Company | 113 |
| 11-30325 | OH-N | Daniel et al v. Foster Wheeler Company et al | Sinclair Refining Company | 101 |
| 11-31593 | OH-N | Mcmahon et al v. A-C Product Liability Trust et al | Cleveland Cliffs Iron Company | 54 |
| 11-31714 | OH-N | Eng v. Foster Wheeler Company et al | Cleveland Cliffs Iron Company Cleveland Cliffs S.S. Company | 66 |
| 11-31742 | OH-N | Hakkila et al v. Foster Wheeler Company et al | Cleveland Cliffs Iron Company Cleveland Cliffs S.S. Company | 81 |
| 11-32123 | OH-N | Mcguire et al v. A-C Product Liability Trust et al | Cleveland Cliffs Iron Company | 83 |
| 11-32131 | OH-N | Gurnoe et al v. A-C Product Liability Trust et al | Cleveland Cliffs S.S. Company | 89 |
| 11-33888 | MI-E | Jacobson et al v. Trinidad Corporated et al | National Bulk Carriers, Inc. | 138 |
| 10-30663 | OH-N | Miller v. A-C Product Liability Trust et al | Cleveland Cliffs S.S. Company | 93 |
| 11-30182 | OH-N | Brooks v. A-C Product Liability Trust et al | North American Trailing Co. | 118 |
| 10-30907 | OH-N | Miller v. A-C Product Liability Trust et al | Inland Lakes Management Inc. | 64 |
| 11-30128 | OH-N | Basley v. A-C Product Liability Trust et al | M. A. Hanna Company | 74 |
| 09-30169 | OH-N | Sanchez v. A-C Product Liability Trust et al | Coastal Tankships USA, Inc. Exxon Mobil Corporation Mobil Oil Corporation | 104 |
| 09-30270 | OH-N | Vetsikas v. A-C Product Liability Trust et al | Exxon Mobil Corporation Mobil Oil Corporation | 111 |
| 09-30392 | OH-N | Bartel (Palermo) et al v. A-C Product Liability Trust et al | Farrell Lines Incorporated Keystone Shipping Co. Marine Transport Lines, Inc. Mathiasen Tanker Ind. Inc. Trinidad Corporation | 119 |
| 09-30305 | OH-N | Llanes v. A-C Product Liability Trust et al | Coscol Marine Corp Delta Steamship Lines Inc. Sea-Land Service Inc. Transoceanic Cable Ship Company, Inc. | 78 |

| | | | | |
|---|---|---|---|---|
| 09-30216 | OH-N | Frederick v. A-C Product Liability Trust et al | Interocean Management Corp.<br>Ocean Ships Inc.<br>Ogden Clover Transport, Inc.<br>Ogden Leader Transport Inc<br>Omi Bulk Management Co.<br>Omi Champion Transport, Inc.<br>Omi Chem Transport<br>Omi Corporation<br>Omi Leader Corp.<br>Omi Leader Transport Inc<br>Pacific Gulf Marine Inc.<br>Red Circle Transport Company<br>United Fruit Company<br>Westchester Marine Corp | 91 |
| 09-30143 | OH-N | Jacobs v. A-C Product Liability Trust et al | Alcoa Steamship Company, Inc.<br>American Steamship Co.<br>Amersand Steamship Company<br>Boland & Cornelius<br>Pickands Mather & Co.<br>Reiss Steamship Company | 98 |
| 09-30166 | OH-N | Lancour v. A-C Product Liability Trust et al | Interlake Steamship Company<br>Pickands Mather & Co.<br>Reiss Steamship Company | 87 |
| 09-30179 | OH-N | Mccarty v. A-C Product Liability Trust et al | American Steamship Co.<br>Reiss Steamship Company | 66 |
| 09-91156 | OH-N | Bartel (Olson) et al v. A-C Product Liability Trust et al | Boland & Cornelius<br>Chiquita Brands International, Inc.<br>Reiss Steamship Company<br>Rockport Steamship Company<br>United Fruit S.S. Co. | 60 |
| 11-33480 | OH-N | Montalvo et al v. A-C Product Liability Trust et al | American Export Isbrandtsen<br>American Export Lines Inc.<br>American South African Lines<br>Central Gulf Lines, Inc.<br>Central Gulf Steamship Corporation<br>Marine Transport Lines Inc.<br>United Fruit Company | 52 |
| 11-33883 | MI-E | Hawkins et al v. American Mail Lines et al | Alaska Steamship Company | 109 |

Case 2:20-cv-30875-ER   Document 4527   Filed 07/09/14   Page 3 of 3